| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SHERI MOREAU, §
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-131
§
MARTIN O'MALLEY, §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
    Defendant. §

## ORDER ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

    The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge submitted a report recommending that the Commissioner's decision be affirmed.  The court has considered the report and recommendation filed on February 8, 2024 (Doc. No. 17), and concludes that the report should be adopted.  Accordingly, the court **ADOPTS** the magistrate judge's recommendation,  and **AFFIRMS** the Commissioner's denial of benefits.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    SIGNED at Beaumont, Texas, this 13th day of March, 2024.

                                                        MARCIA A. CRONE
                                                UNITED STATES DISTRICT JUDGE